FILED

11/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0531

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0531

| | |
|---|---|
| VICTORY INSURANCE CO.<br><br>Plaintiff/Appellant<br><br>v.<br><br>OFFICE OF THE MONTANA STATE AUDITOR,<br><br>Defendant/Appellee | **ORDER GRANTING APPELLANT'S _UNOPPOSED_ RULE 26 (1) MT. R. APP. P. MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

The Appellant in this matter has moved this Court for an extension of time in which to file its Opening Brief. Finding good cause therefore,

IT IS HEREBY ORDERED that Appellant's Opening Brief in this matter is now due on or before Friday, December 30, 2022.

Dated this 21st day of November, 2022

Clerk of the Supreme Court

1